UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| Deutsche Bank National Trust Company as Trustee for the Registered Holder of Soundview Home Loan Trust 2006-EQ1 Asset-Backed Certificates, Series 2006-EQ1 | Plaintiff(s) VS. | |
| | | Court No.: 1:12-cv-03912 |
| Antonio Sandoval Jr., Discover Bank | Defendant(s) | |

### AFFIDAVIT OF SPECIAL PROCESS SERVER

I, John P Valente, being first duly sworn on oath depose and state as follows: I am over the age of 18, not a party to this action, and an employee or agent of Firefly Legal, Inc., a licensed private detective agency, license number 117-001465.

Type of Process: Summons In a Civil Case and Complaint

Defendant to be served: Antonio Sandoval Jr

ADDRESS WHERE ATTEMPTED OR SERVED: 5200 Mayfield Avenue, Chicago, IL, 60638

**SERVED** the within named defendant on: 8/29/2012 6:54:00 PM

✓ **INDIVIDUAL SERVICE** by delivering to the within named defendant a copy of this process personally. The defendant confirmed that he/she resides at the above address.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**Age:** 40 **Gender:** Male **Race:** Hispanic **Height:** 5-8 **Weight:** 176-200 **Hair:** Black **Glasses:** No

Additional Comments:
This is the defendant's usual place of abode.

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the above statements set forth in this instrument are true and correct.

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Subscribed and sworn before me on 8/31/12

Signature of Process Server

Notary Public

OFFICIAL SEAL
KELLY R KIRCHHOFF
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/18/16

Page 1 of 1

Reference Num: 2855598
File Number: 14374.7844